**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cr214**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| JASMINE CHEMISE MASSEY, ) | |
| ) | |
| **Defendant.** ) | |
| _____  ) | |

**THIS MATTER** is before the court on defendant's second letter (#21) to the court dated June 13, 2012, and filed July 19, 2012.[1] In this letter, defendant again expresses concern as to delay in sentencing and the impact that such delay has on her grandmother's ability to care for defendant's minor children. Defendant is presently detained based on pleading guilty to a crime of violence and the draft PSR has, at least for now, defendant at a Total Offense Level of 33 and a Criminal History Category of III, with a guideline range of 168 to 210 months. Draft PSR (#15), at 19. This is defendant's third letter to the court expressing similar concerns. Insofar as defendant contends that the process is taking too long, the draft PSR was prepared within a reasonable time in this case and defendant's counsel has recently filed objections to such report, which will also take time to resolve.

As with the previous letter to the court, defendant will be advised that it is not appropriate or advisable to send letters to the court as such materials could be used against her by the prosecution. As with every aspect of this case, defendant should continue to exercise her right to remain silent and her right to consult with counsel and only then have counsel file motions with the court when appropriate. See L.Cr.R. 47.1(H). Defendant is

---

[1] Based on the envelope, the court concludes that defendant sent such letter to her lawyer in June and that her lawyer forwarded it to the court in July.

-1-

advised that any motion filed with the court by her attorney will be promptly addressed.

## ORDER

**IT IS, THEREFORE, ORDERED** that to the extent defendant seeks relief in her letter of June 13, 2012 (#21), the relief therein requested is **DENIED.**

Signed: July 23, 2012

Max O. Cogburn Jr.
United States District Judge